UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTINA SENTMORE,**                                            **CIVIL ACTION**
**INDIVIDUALLY AND ON**
**BEHALF OF HER MINOR**
**CHILDREN K.S. AND P.S.**

**VERSUS**                                                                               **NO. 23-2854**

**MATEO LOPEZ MARTINEZ,**                                **SECTION "B"(2)**
**ELITE MAINFRAME SOLUTIONS**
**CORPORATION, AND INFINITY**
**ASSURANCE INSURANCE COMPANY**

## ORDER AND REASONS

Considering plaintiff Christina Sentmore, on behalf of her minor children KS and PS, and defendant Infinity Assurance Insurance Company's reurged joint motion for authority to compromise minors' claims (Rec. Doc. 29),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Moving parties previously sought from this Court authority to compromise minors' claims. Rec. Doc. 7. In compliance with Louisiana Code of Civil Procedure Article 4271, we directed parties "to seek settlement approval in the appropriate state court and, thereafter, reurge acceptance of the same and dismissal of the minors' claims in this Court." Rec. Doc. 11 at 4. As the attached Order from Orleans Parish Civil District Court establishes, they have done so. Rec. Doc. 29-3 at 9–10. Adopting our previous reasoning, we grant moving parties authority to compromise minors' claims.

**IT IS FURTHER ORDERED** that Chritina Sentmore, in her capacity as the natural tutrix of the minor children KS and PS, be and is hereby authorized, instructed and empowered to enter into, make and consummate the proposed compromise and settlement agreement as alleged and set forth in the Joint Motion For Authority To Compromise Minors' Claims, under the terms of which Mateo Lopez Martinez, Elite Mainframe Solutions Corporation and Infinity Assurance

1

Insurance Company, including any and all of each of their officers, directors, partners, affiliates, subsidiaries, parent companies, predecessors, successors, heirs, assignees and assignors, and with respect to each, their attorneys, officers, agents, servants, directors, stockholders, employees, underwriters, insurers, re-insurers, indemnities, contractors, subcontractors, joint venturers, operators, non-operators, lessors and lessees, all parties in privity therewith, and any and all other persons or entities to whom or for whose conduct any of them may be liable are to be released, discharged, relieved and acquitted of and from any and all liability whatsoever for the claims of or on behalf of the minor children, KS and PS, arising from or growing out of or connected with injuries allegedly sustained by KS and PS as a result of an automobile accident on or about September 26, 2021 in New Orleans, Louisiana, for and in consideration and upon the payment of FOURTEEN THOUSAND AND 00/100 ($14,000.00) DOLLARS for the claims of KS, and FIFTEEN THOUSAND AND 00/100 ($16,000.00) DOLLARS for the claims of PS, and that Christina Sentmore, in her capacity as the natural tutrix of the minor children KS and PS, is further authorized, empowered and instructed to execute any and all documents or agreements in the ultimate consummation of the aforementioned compromise, as well as any release documents necessary to effect a consummation of this compromise and settlement.

**IT IS FURTHER ORDERED** that the principal funds of this compromise and settlement agreement designated for the minor children, KS and PS, be deposited in a separate fund for the minor children in a federally insured savings institution and that those funds will be used, administered and conserved solely to the benefit of the minor children KS and PS.

New Orleans, Louisiana this 17th day of January, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE